*Stevenson & O'Hara, for appellant.*

*R. D. Handy, for appellee.*

---

## HENRY S. McDOWELL *v.* WILLIAM COLEMAN ET AL.

[Abstract Kentucky Law Reporter, Vol. 2—389.]

**Jurisdiction of Police Court.**

Real estate can not be reached by execution from the police court. Its judgments and executions create no lien on real estate, and when such a levy is made and a bond of indemnity is taken, such bond is without consideration and is void.

## APPEAL FROM CALDWELL CIRCUIT COURT.

April 20, 1881.

OPINION BY JUDGE HINES:

The property levied upon in this case was real estate (*Clore v. Lambert*, 78 Ky. 224), and could not therefore be reached by exe-

cution from the police court. No lien was created by the levy of the execution; there was no consideration for the bond of indemnity; there was no authority to accept a bond of indemnity in case of levy on real estate. For that reason and for the reason that the execution could not reach real estate, the bond was a nullity, and the court properly instructed the jury to find for the defendant.

Judgment *affirmed*.

*G. W. Duvall, for appellant.*

